ILND 450 (Rev. 10/13)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Charlotte Willoughby, Lakendrea Camille McNealy, Brittney Gray, Lani Johnston, Ashely Popa, and Deniege Revord, individually and on behalf of a class of similarly situated individuals , <br><br> Plaintiff(s), <br><br> v. <br><br> Abbott Laboratories, <br><br> Defendant(s). | Case No.  22 C 1322 <br> Judge Matthew F. Kennelly |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

            which ☐ includes          pre–judgment interest.
                      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Abbott Laboratories
and against plaintiff(s) Charlotte Willoughby, Lakendrea Camille McNealy, Brittney Gray, Lani Johnston, Ashely Popa, and Deniege Revord, individually and on behalf of a class of similarly situated individuals
.

            Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

ILND 450 (Rev. 10/13)  Judgment in a Civil Action

Date:   2/26/2025                              Thomas G. Bruton, Clerk of Court

                                               Melissa Astell , Deputy Clerk